COMMAND ELECTRIC, INC. *v.* 249 PEARL STREET ASSOCIATES ET AL.
(14370)

Foti, Lavery and Cretella, Js.

Argued October 3—decision released October 24, 1995

*Thomas J. Farrell,* for the appellant (defendant Stathis Manousos).

*George M. Purtill,* with whom was *R. Richard Croce,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.